# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 158 EAL 2022

       Respondent                  :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

       v.                          :

MICHAEL PIPKIN,                    :

       Petitioner                     :

COMMONWEALTH OF PENNSYLVANIA,    :   No. 159 EAL 2022

       Respondent                  :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

       v.                          :

MICHAEL PIPKIN,                    :

       Petitioner                     :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 14th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.